Taylor M. Tieman (SBN 305269)
Krohn & Moss, Ltd.
1112 Ocean Dr., 3rd Floor
Manhattan Beach, CA 90266
Tel: (323) 988-2400 ext. 254
Fax: (866) 861-1390
ttieman@consumerlawcenter.com

Attorneys for Plaintiff
MELBA BUSH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| MEBLA BUSH, | ) **Case No.:** 3:14-cv-02390-MMA-MDD |
|---|---|
|  | ) |
|  | ) **JOINT MOTION TO DISMISS WITH** |
| Plaintiff, | ) **PREJUDICE PURSUANT TO FED. R.** |
|  | ) **CIV. PROC. 41(a)(1)(A)(ii)** |
| v. | ) |
|  | ) Judge: Hon. Michael M. Anello |
|  | ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) Magistrate Judge: Hon. Mitchell D. Dembin |
|  | ) |
|  | ) |
| Defendant. | ) |

JOINT MOTION TO DISMISS

P:01192588-2:87025.095 LA01\LEECA\730197.1

Plaintiff Melba Bush ("Plaintiff") and Defendant Midland Credit Management, Inc. ("Defendant") (collectively the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly move this Court to dismiss Plaintiff's claims against the Defendant in the above-captioned matter with prejudice. The Parties will each bear their own attorneys' fees and costs.

| Dated: July 12, 2018 | Dated: July 12, 2018 |
|---|---|
| /s/ Thomas F. Landers<br>Thomas F. Landers<br>Solomon Ward Seidenwurm & Smith<br>401 B St., Suite 1200<br>San Diego, CA 92101<br>Tel: (619) 231-0303<br>Fax: (619) 231-4755<br>tlanders@swsslaw.com<br>MIDLAND CREDIT MANAGEMENT, INC. | /s/ Taylor M. Tieman<br>Taylor M. Tieman (SBN 305269)<br>Krohn & Moss, Ltd.<br>1112 Ocean Dr., 3rd Floor<br>Manhattan Beach, CA 90266<br>Tel: (323) 988-2400 ext. 254<br>Fax: (866) 861-1390<br>ttieman@consumerlawcenter.com<br>MELBA BUSH |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Thomas F. Landers, counsel for Defendants, and that I have obtained Mr. Landers' authorization to affix his electronic signature to this document.

DATED: July 12, 2018

*s/ Taylor M. Tieman*
TAYLOR M. TIEMAN
Attorneys for Plaintiff
MELBA BUSH

## CERTIFICATE OF SERVICE

1

2   I hereby certify that on July 12, 2018, a true and correct copy of the

3   foregoing with the Clerk of the Court by using the CM/ECF System with copy to

4   all parties via the same.

5
                              /s/ Taylor M. Tieman
6                             Taylor M. Tieman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25